IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v | ) ) | |
| TRIPPLE J. FRAMING, INC. and WESTFIELD INSURANCE COMPANY, | ) ) ) | CIVIL NO. 5:06-cv-160 |
| Defendants. | ) ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of Kristin V. Gallagher, of the law firm of Carroll McNulty & Kull LLC, to appear as counsel for the plaintiff in this matter filed on January 26, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Kristin V. Gallagher is hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: January 30, 2007

Dennis L. Howell
United States Magistrate Judge