# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:06cv160

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, ) ) ) ) Plaintiff, ) ) Vs. ) ) TRIPLE J FRAMING, INC.; and ) WESTFIELD INSURANCE ) COMPANY, ) ) Defendants. ) _____ ) | ORDER |

**THIS MATTER** came before the court for hearing in accordance with 28, United States Code, Section 636(c), on Westfield's Motion to Dismiss or for Sanctions and Tripple J's Motion for Sanctions. On January 10, 2008, this court entered an Order finding a basis for the motions, but allowing the parties to resolve the issue amicably in lieu of court action. On January 16, 2008, the court received via facsimile a letter from plaintiff's counsel indicating that the issue had been resolved. The court confirmed such representation with opposing counsel, who informed the court that the issue had been resolved to their satisfaction.

## ORDER

**IT IS, THEREFORE, ORDERED** that Westfield's Motion to Dismiss or for Sanctions (#54) and Tripple J's Motion for Sanctions (#55) are, therefore, deemed **MOOT.**

Signed: January 18, 2008

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge