# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:06cv160

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, <br><br>　　　　Plaintiff, <br><br>Vs. <br><br>TRIPLE J FRAMING, INC.; and WESTFIELD INSURANCE COMPANY, <br><br>　　　　Defendants. | ORDER |

**THIS MATTER** is before the court on plaintiff's Motion for Relief, Pursuant to 28 U.S.C. § 60(a), From the Court's Order to Stay. Having considered plaintiff's motion and reviewed the pleadings, including defendants' respective responses and plaintiff's reply, the court enters the following Order for good cause shown.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Relief, Pursuant to 28 U.S.C. § 60(a), From the Court's Order to Stay (#65) is **GRANTED,** and the court's January 10, 2008, Order stay this matter is **AMENDED** by substituting "state declaratory judgment action" as defined at page 5 of such Order for the "underlying construction cases" as provided in paragraph two of such Order at pages 18-19.

Signed: February 28, 2008

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge