# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:06cv160

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| Vs. ) ) | ORDER |
| TRIPLE J FRAMING, INC.; and WESTFIELD INSURANCE COMPANY, ) ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the court on periodic case review. Review of the pleadings reveals that a stay of these proceedings was entered January 10, 2008, providing that this action is stayed pending resolution of a related state declaratory judgment action, <u>Marais Property Owner's Association v. Crum & Forster Specialty Insurance Company</u>, 07-CP-10-2545, (S.C. C.C.P. 2007). The court requests that the parties provide a joint status report concerning the progress of such case by October 22, 2008, and that they provide updates to such report quarterly.

## ORDER

**IT IS, THEREFORE, ORDERED** that, respectfully, the parties provide a joint status report concerning the progress of such case by October 22, 2008, and that they provide updates to such report quarterly thereafter beginning January 2, 2009.

Signed: October 16, 2008

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge